UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARYN ANGEL; A.R. ANGEL LIVING TRUST; ANGEL FAMILY TRUST; JOANNE ALLARD and ROBERT ST. HILAIRE; ROBERT and MARY ALICE BOLLINE; JUANITA BURNETT; RAYMOND and JULIA CANNATA; EVE CARRICK and TRICIA MERLIN JTWROS; EVE CARRICK and TRICIA MERLIN; CAROL COOPER; PETER COOPER; HOWARD DA VIES; ROBERTA B. DEREE and THEODORE W. MANOS, SR. JTWROS; MARK DUNN; DAVID EBERSHOFF; STUART EHRLICH; NATHAN EHRLICH; W.W. GAY; KIMBERLY GRAY; ELIZABETH A. HOERNER; MARCUS KIRKMAN; CHARLES V. MATELLA; GEORGE M. MEILLAREC; ANDY and RON PADOVA; DOUGLAS B. PIERCE; PETER PROLY; SCOTT RIDDLE; JOHN RIVARD; L. DAVID SMITH; LANCE A. and CONNIE B. SOLOWAY; ROBERT and DORENE SPENCER; TAMPA ROAD HOLDINGS LLC; GEORGE and TIMOTHY TERLEP; GEORGE and ALMA TERLEP; TIMOTHY and SHELLY TERLEP; TODD TRASKOS; JOHN H. TRESCOT, JR.; DAVID ZWICK; BANKERS INSURANCE COMPANY; WILLIAM M. GRAY; EDWIN C. and DIANE HUSSEMANN JTWRS; BRIAN and TERESA M. KEEPER; ED LATOUR; BLM CAPITAL, LTD; BRETT MENKE; ROBERT M. MENKE, TRUSTEE; ROBERT G. MENKE; DAVID J. NYE; DONALD B. ROBERTS; and JOHN TOWER WHITE, TRUSTEE. JOHN TOWER WHITE REVOCABLE LIVING TRUST,

Case No._____-Civ

    Plaintiffs

-vs-

AMERICAN HOMEHEALTH INC., a Delaware corporation; RAUL LEONIDES LORA, individually; STEPHEN BLUM, individually; and MICHAEL DIGIOVANNA, individually,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF REMOVAL**

2

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1331 and 1441, Defendants Raul Leonides Lora, Stephen Blum and Michael DiGiovanna (the "Individual Defendants") hereby remove this action from the Circuit Court for Pinellas County, Florida to the United States District Court for the Middle District of Florida. The grounds for removal are as follows:

1. On January 28, 2008, Plaintiffs commenced this action by filing a Complaint in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, styled *Angel v. American Homehealth, Inc.*, Case No. 08-1324CI13. The Complaint alleges three counts under the Florida Securities and Investor Protection Act. *See* Fla. Stat. §§ 517.011 *et seq.*

2. This lawsuit is one in which the District Courts of the United States have original jurisdiction because it involves a federal question. The counts asserted in the Complaint are completely preempted by the National Securities Markets Improvement Act of 1996. *See* 15 U.S.C. § 77r.

3. This Notice of Removal is being filed on March 14, 2008. According to the state court docket, the earliest service on any of the Defendants took place on February 13, 2008. This Notice of Removal is therefore timely because it is being filed within 30 days of the earliest service. 28 U.S.C. § 1446.

4. Upon information and belief, Defendant American Home Health, Inc. has not been served with the Complaint as of the filing of this Notice of Removal.

5. Venue is proper in the United States District Court for the Middle District of Florida, Tampa Division, pursuant to 28 U.S.C. § 1391 and Rule 4.02(a) of the Rules of the United States District Court for the Middle District of Florida.

6. Pursuant to 28 U.S.C. § 1446(a) and local rule 4.02(b), copies of all papers now on file in the Circuit Court of Pinellas County, Florida, Case No. 08-1324CI13, are attached hereto as Composite Exhibit A.

7. A copy of this Notice of Removal is being served upon Plaintiffs by service upon their counsel of record. A copy of this Notice of Removal also is being filed with the Clerk of the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida.

8. A completed Federal Civil Cover Sheet, along with a filing fee of $350.00, is being filed contemporaneously with this Notice of Removal.

## Conclusion

This Court has removal jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1441. The Individual Defendants now exercise their right under the provisions of 28 U.S.C. §§ 1331, 1441, and 1446 to remove this action from the Sixth Judicial Circuit Court in and for Pinellas County, Florida to the United States District Court for the Middle District of Florida, Tampa Division.

**WHEREFORE**, the Individual Defendants request that this action proceed in this Court as an action properly removed pursuant to 28 U.S.C. §1441(a).

Dated: March 14, 2008
Miami, Florida

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Tracy Nichols, Esq.
Florida Bar No. 454567
email: tracy.nichols@hklaw.com
Stephen Warren, Esq.
Florida Bar No. 788171
email: stephen.warren@hklaw.com
Paul A. McDermott
Florida Bar No. 85590a
email: paul.mcdermott@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Telephone: 305-374-8500
Facsimile: 305-789-7799

*Attorneys for Defendants Raul Leonides Lora, Stephen Blum and Michael DiGiovanna*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by regular U.S. Mail this 14th day of March 2008 to:

MICHAEL J. KEANE of
Keane, Reese, Vesely & Gerdes, P.A.
Post Office Box 57
St. Petersburg, FL 33731-0057
(727) 823-5000/FAX (727) 894-1023
SPN 00176393
FBN 257516

*Attorney for Plaintiffs*

  _____
  Paul A. McDermott

# 5198933_v1