UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARYN ANGEL, *et al.*,

    Plaintiffs,

v.    Case No. 8:08-cv-486-T-24 TBM

AMERICAN HOMEHEALTH INC., *et al.*,

    Defendants.
_____/

**O R D E R**

This cause comes before the Court on the parties' Joint Motion to Set Briefing Schedule. (Doc. No. 4.) In the motion, the parties request that this Court establish a briefing schedule regarding a motion to remand and motion to dismiss. Upon consideration, the motion is **GRANTED.**

Accordingly, it is ORDERED AND ADJUDGED that:

(1) The briefing schedule on Plaintiffs' motion to remand will follow Rule 3.01 of the Local Rules for the Middle District of Florida;

(2) After this Court's ruling on the motion to remand, the Individual Defendants shall have ten (10) days to answer or otherwise respond to Plaintiffs' complaint; and

(3) If the Individual Defendants respond to Plaintiffs' complaint by filing a motion to dismiss, the briefing schedule on any such motion shall follow Rule 3.01 of the Local Rules for the Middle District of Florida.

**DONE AND ORDERED** at Tampa, Florida, this 11th day of April, 2008.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge